# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0824

VERSUS

RONALD K. BICKHAM                                     **OCTOBER 5, 2021**

---

In Re:    Ronald K. Bickham, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 447,504.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

                              **VGW**
                              **AHP**
                              **CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT